[No. 62538-1-I.   Division One.   July 27, 2009.]

CLAUDE FLAGG ET AL., *Appellants*, v. WILLIAM H. TURNER III ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-01522-2, John M. Meyer, J., entered September 16, 2008. *Dismissed* by unpublished opinion per Ellington, J., concurred in by Grosse and Leach, JJ.

[No. 62573-0-I.   Division One.   July 27, 2009.]

*In the Matter of the Marriage of* SAIYIN PHASAVATH, *Respondent*, and T. BRET HAGGERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-00375-3, Richard McDermott, J., entered October 20, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62612-4-I.   Division One.   July 27, 2009.]

*In the Matter of the Marriage of* LAURA L. HAMILTON, *Appellant*, and DAVID D. HAMILTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-06311-1, Mary E. Roberts, J., entered October 20, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 62664-7-I.   Division One.   July 27, 2009.]

PCS MILLWORK, INC., *Respondent*, v. JACOB D. LORAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-13850-0, Monica J. Benton, J., entered October 24, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Appelwick and Leach, JJ.